UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LORI ANN SMITH, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER BERNARD, et al, <br><br> Defendants. | Case No. 19-10604 <br> Honorable Laurie J. Michelson |

## ORDER DISMISSING CASE

Lori Ann Smith, along with seven other individuals, brought this lawsuit *pro se* contesting the disbursement of proceeds from the sale of property in an estate. (*See* ECF No. 1.) Smith was designated as the Plaintiffs' "representative." (*Id.* at PageID.1.) Because it appeared that Smith's lawsuit is not one that a federal (as opposed to a state) court can decide, the Court entered an order for Smith to show cause why the case should not be dismissed for lack of subject-matter jurisdiction. (ECF No. 4.) Smith had until April 8, 2019 to respond. She has not done so. Accordingly, the Court will DISMISS Plaintiffs' complaint.

IT IS SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: April 15, 2019

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, April 15, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                                      s/William Barkholz
                                      Case Manager